# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKIE HAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-119E |
| | ) | Judge McVerry |
| MED-NATIONAL, INC., | ) | Magistrate Judge Bissoon |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Jackie Ham's complaint was received by the Clerk of Court on April 25, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The matter was referred to Magistrate Judge Cathy Bissoon on August 1, 2008.

The Magistrate Judge's Report and Recommendation, dated June 11, 2009, recommended that Defendant's Motion for Summary Judgment (Doc. 21) be denied. Objections were due on or before June 29, 2009. Med-National, Inc., filed objections on July 2, 2009 (Doc. 32).

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 6th day of July, 2009,

IT IS HEREBY ORDERED that Defendant's Motion for Summary

Judgment (Doc. 21) is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 30), dated June 11, 2009, is adopted as the opinion of the court.

s/Terrence F. McVerry
Terrence F. McVerry
U.S. District Court Judge

cc:
JACKIE HAM
37 Francine Avenue
Massapequa, NY 11758-3612